**Order filed August 16, 2016**



In The

# Fourteenth Court of Appeals

_____

## NO.  14-16-00437-CV
_____

### JUAN ROMERO, Appellant

### V.

### THOMAS J.  BARKEI, Appellee

---

**On Appeal from County Civil Court at Law No. 3
Harris County, Texas
Trial Court Cause No. 1077092**

---

## ORDER

This is an appeal from an order signed May 24, 2016, that consolidated cause number 1077092 into cause number 1061296. The clerk's record, which was filed June 8, 2016, contains the papers filed in cause number 1061296 but does not contain the papers filed in cause number 1077092.

Accordingly, we order the Harris County Clerk to prepare, certify, and file a supplemental clerk's record containing the papers filed in cause number 1077092. The supplemental clerk's record shall be filed in this court by **August 26, 2016**.

PER CURIAM